# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 699 |
|---|---|---|
| | : | |
| ORDER RESCINDING AND | : | SUPREME COURT RULES |
| REPLACING RULE 1.5 OF THE | : | |
| PENNSYLVANIA | : | DOCKET |
| ORPHANS' COURT RULES | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of June, 2016, upon the recommendation of the Orphans' Court Procedural Rules Committee, the proposal having been published for public comment at 45 Pa.B. 5384 (August 29, 2015):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that:

1) Rule 1.5 of the Pennsylvania Orphans' Court Rules is rescinded and replaced in the attached form.

2) Local rules of orphans' court procedure approved and effective prior to August 1, 2016 shall be compiled and published on the local court website in accordance with Pa.R.J.A. No. 103(d)(7), see No. 464 Judicial Administration Docket (June 28, 2016); No. 465 Judicial Administration Docket (June 28, 2016), no later than September 1, 2016 to remain effective.

3) Local rules of orphans' court procedure approved by the Orphans' Court Procedural Rules Committee as of August 1, 2016 that have not yet been published pursuant to Pa. O.C. Rule 1.5 shall be subject to the requirements of Pa.R.J.A. No. 103(d)(5)-(7), see No. 465 Judicial Administration Docket (June 28, 2016).

4) Local rules of orphans' court procedure approved by the Orphans' Court Procedural Rules Committee that have been published in the *Pennsylvania Bulletin* as August 1, 2016 but are not yet effective pursuant to Pa. O.C. Rule

1.5　shall become effective in accordance with Pa.R.J.A. No. 103(d)(5)(iii) and shall be subject to the requirements of Pa.R.J.A. No. 103(d)(6)-(7), see No. 465 Judicial Administration Docket (June 28, 2016).

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on August 1, 2016.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.